IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RODERICK DEWAYNE ABRAMS, 220360,:**

    **Plaintiff,**                                         **:**

**vs.**                                                   **:**      **CIVIL ACTION 15-583-WS-C**

**CHARLES EDWARD DAUGHTRY,**    **:**

    **Defendant.**                                     **:**

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 5th day of August, 2016.

                                              s/WILLIAM H. STEELE
                                              **CHIEF UNITED STATES DISTRICT JUDGE**